United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gwendolyn A. Parker  
Leon L. Parker  
    Debtors

Case No. 17-15382-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Sep 06, 2017  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2017.  
db/jdb        +Gwendolyn A. Parker,   Leon L. Parker,   60 Houston Road,   Lansdowne, PA 19050-1726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2017 at the address(es) listed below:  
         MICHAEL A. CATALDO2    on behalf of Joint Debtor Leon L. Parker ecf@ccpclaw.com,  
           igotnotices@ccpclaw.com  
         MICHAEL A. CATALDO2    on behalf of Plaintiff Leon  Parker ecf@ccpclaw.com,  
           igotnotices@ccpclaw.com  
         MICHAEL A. CATALDO2    on behalf of Plaintiff Gwendolyn  Parker ecf@ccpclaw.com,  
           igotnotices@ccpclaw.com  
         MICHAEL A. CATALDO2    on behalf of Debtor Gwendolyn A. Parker ecf@ccpclaw.com,  
           igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Debtor Gwendolyn A. Parker ecf@ccpclaw.com,  
           igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Joint Debtor Leon L. Parker ecf@ccpclaw.com,  
           igotnotices@ccpclaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                                                                  TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    GWENDOLYN A. PARKER and | : | |
|    LEON L. PARKER | : | |
|        Debtors | : | Bky. No.  17-15382 ELF |

# O R D E R

AND NOW, upon consideration of the Debtors' Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: September 5, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**