## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                           :Chapter 13
**Gwendolyn A. Parker**
**Leon L. Parker**

   (DEBTOR)                                     :Bankruptcy#17-15382

PRAECIPE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

   Kindly withdraw the claim filed by Debtor's counsel, claim #11, which was filed on behalf of Upper Darby Township.

DATED: February 6, 2018            _____/s/_____
                                   Michael A. Cataldo, Esquire
                                   Cibik and Cataldo, P.C.
                                   1500 Walnut Street, Suite 900
                                   Philadelphia, PA 19102
                                   (215) 735-1060