# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Gwendolyn A. Parker<br>        Leon . L Parker<br>                    Debtors | CHAPTER 13 |
| MTGLQ Investors, LP, its successors and/or assigns<br>                    Movant<br>            vs.<br>Gwendolyn A. Parker<br>Leon . L Parker<br>                    Debtors | NO. 17-15382 ELF |
| William C. Miller Esq.<br>                    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of MTGLQ Investors, LP, which was filed with the Court on or about October 13, 2017 Document No. 18.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
rsolarz@kmllawgroup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

March 5, 2018