United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gwendolyn A. Parker  
Leon L. Parker  
      Debtors

Case No. 17-15382-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Mar 08, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.  
db/jdb       +Gwendolyn A. Parker,    Leon L. Parker,    60 Houston Road,    Lansdowne, PA 19050-1726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:

         KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, LP KMcDonald@blankrome.com  
         MICHAEL A. CATALDO2    on behalf of Debtor Gwendolyn A. Parker ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CATALDO2    on behalf of Joint Debtor Leon L. Parker ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CATALDO2    on behalf of Plaintiff Leon  Parker ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CATALDO2    on behalf of Plaintiff Gwendolyn  Parker ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Debtor Gwendolyn A. Parker ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Joint Debtor Leon L. Parker ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                  TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GWENDOLYN & LEON PARKER,<br>Debtor(s). | Case No. 17-15382ELF13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this __8th__ day of __March__, 201_8_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$4,500.00** is allowed and the balance due to counsel in the amount of **$4,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**