# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-15382-ELF

GWENDOLYN A PARKER
LEON L PARKER
60 HOUSTON ROAD

LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    GWENDOLYN A PARKER
    LEON L PARKER
    60 HOUSTON ROAD

    LANSDOWNE, PA 19050


Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                                      /S/ William C. Miller

Date: 9/14/2018                                   _____

                                                         William C. Miller, Esquire
                                                         Chapter 13 Standing Trustee