United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gwendolyn A. Parker  
Leon L. Parker  
    Debtors

Case No. 17-15382-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Dec 21, 2018  
Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.  
14027221      +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:

     KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com  
     MICHAEL A. CATALDO2    on behalf of Joint Debtor Leon L. Parker ecf@ccpclaw.com, igotnotices@ccpclaw.com  
     MICHAEL A. CATALDO2    on behalf of Plaintiff Leon  Parker ecf@ccpclaw.com, igotnotices@ccpclaw.com  
     MICHAEL A. CATALDO2    on behalf of Plaintiff Gwendolyn  Parker ecf@ccpclaw.com, igotnotices@ccpclaw.com  
     MICHAEL A. CATALDO2    on behalf of Debtor Gwendolyn A. Parker ecf@ccpclaw.com, igotnotices@ccpclaw.com  
     MICHAEL A. CIBIK2    on behalf of Debtor Gwendolyn A. Parker ecf@ccpclaw.com, igotnotices@ccpclaw.com  
     MICHAEL A. CIBIK2    on behalf of Joint Debtor Leon L. Parker ecf@ccpclaw.com, igotnotices@ccpclaw.com  
     REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                             TOTAL: 10

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-15382-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Gwendolyn A. Parker
60 Houston Road
Lansdowne PA 19050

Leon L. Parker
60 Houston Road
Lansdowne PA 19050

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/19/2018.

Name and Address of Alleged Transferor(s):

Claim No. 9: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708

Name and Address of Transferee:

U.S. Bank Trust National Association, as Trustee
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/23/18

Tim McGrath
**CLERK OF THE COURT**