United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gwendolyn A. Parker  
Leon L. Parker  
       Debtors

Case No. 17-15382-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Lisa    Page 1 of 1    Date Rcvd: Jan 30, 2020  
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.
```
db/jdb         +Gwendolyn A. Parker,    Leon L. Parker,    60 Houston Road,    Lansdowne, PA 19050-1726
cr             +U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
                 1920 Old Tustin Avenue,    Santa Ana, CA 92705-7811
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:
```
          JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust, N.A. jschwartz@mesterschwartz.com
          KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor Gwendolyn A. Parker ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Joint Debtor Leon L. Parker ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Plaintiff Leon  Parker ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Plaintiff Gwendolyn  Parker ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Gwendolyn A. Parker ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Joint Debtor Leon L. Parker ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

Stip does not directly affect confirmed plan

Jan. 20, 2020  1:22PM                                                                  No. 8437   P. 2/3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| GWENDOLYN PARKER AND LEON L. PARKER, | BANKRUPTCY NO. 17-15382 |
| Debtors, | CHAPTER 13 |
| US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST, | |
| Movant, | Docket No. _____ |
| v. | |
| GWENDOLYN PARKER AND LEON L. PARKER AND WILLIAM C. MILLER, TRUSTEE, | |
| Respondents. | |

## CONSENT ORDER/STIPULATION AGREEMENT

AND NOW, this _____ day of _____, 2020, upon the Motion of U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust ("Movant") to approve Consent Order/Stipulation Agreement with regard to a secured debt that Movant holds against real property located at 60 Houston Road, Lansdowne, PA 19050 (the "Real Property") evidenced by claim no. 9, it is hereby agreed as follows:

Gwendolyn Parker and Leon L. Parker (hereafter "Debtors") acknowledges and agrees that the following monthly post-petition mortgage payments are due as follows:

| | |
|---|---|
| Payments 6/1/19 thru 1/1/20 ($1,077.00) | $ 7,539.00 |
| Fees and Costs | $   866.50 |
| Late Charges | $   249.06 |
| Less Funds on Hand | $    (-9.67) |
| TOTAL ("ARREARS") | $ 8,644.89 |

1. Debtor shall make an immediate payment of $2,700. Debtors shall cure the remaining Arrears as set forth above by paying one sixth (1/6) of the remaining Arrears per month ($990.82) for the next six (6) months, together with the regular monthly mortgage payment ($1,077.00) for a total combined monthly payment of $2,067.82 for the next six (6) months, beginning on February 1, 2020. In the event the regular monthly payment changes for any reason, then the amount due pursuant to this Paragraph shall be adjusted accordingly. Thereafter, the Debtor agrees to continue making the regular monthly mortgage payments.

2. Debtor shall send all payments due directly to Movant at the address below:

- 1 -

Jan. 20. 2020  1:23PM							No. 8437  P. 3/3

U.S. Bank Trust, National Association
As Trustee of the Lodge Series III Trust
c/o SN Servicing Corp.
323 Fifth Street
Eureka, California 95501

3. In the event Debtor fails to make any of the payments set forth hereinabove (or real estate taxes and/or hazard insurance on the Real Property when due) on or before their due dates, Movant and/or Movant's counsel may give Debtor and Debtor's counsel notice of this default. If Debtor does not cure the default within ten (10) days of receipt of notice, Movant may file a Certification of Default with the Court, and request an Order, with a copy to Debtor and Debtor's counsel, granting Movant immediate relief from the bankruptcy stay with regard to the Real Property.

4. The failure by the Movant, at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of Movant's rights hereunder.

5. Upon issuance of the aforesaid Order granting Movant immediate relief from stay, the parties hereto further agree that the Movant may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation or and or continuation of foreclosure and execution proceedings against the Real Property through sheriff's sale and ejectment thereafter.

6. In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within ten (10) days from the date that the case is converted. If Debtor fails to make payments in accordance with this paragraph then Movant, through counsel, may file a certification setting forth said default and the Movant shall be granted immediate relief from the bankruptcy stay with regard to the Real Property.

7. It is further agreed that the 14 day stay provided by Rule 4001(a)(3) is hereby waived.

BY THE COURT:

_____ J.

Agreed to this ___ day of January, 2020

Jason Brett Schwartz, Esq. Pa. I.D. # 92009
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130
Phone: (267) 909-9036
Email: jschwartz@mesterschwartz.com

Michael A. Cataldo
Cibik and Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Gwendolyn f Leon Parker

- 2 -

Chapter 13 Trustee

_____
William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105
(215) 627-1377

NO OBJECTION
*without prejudice to any
trustee rights and remedies.

Dated: 1-22-2020

# ORDER

The foregoing Stipulation is **APPROVED**.

Date:  1/30/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

- 3 -