**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE | : Chapter 13 |
| Gwendolyn A. Parker | |
| Leon L. Parker | |
| (DEBTOR) | : BankruptcyNo.17-15382ELF13 |

# SUGGESTION OF DEATH

TO THE CLERK OF THE BANKRUPTCY COURT:

You are regretfully informed that the Joint Debtor Leon L. Parker died on May 18, 2021.

Date: September 17, 2021

BY: /s/ Michael A. Cibik
MICHAEL A. CIBIK, ESQUIRE
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA   19102
215-735-1060/fax 215-735-6769