Certificate Number: 16339-PAE-DE-036030231

Bankruptcy Case Number: 17-15382



16339-PAE-DE-036030231

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 30, 2021, at 2:13 o'clock PM EDT, Gwendolyn Parker completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 30, 2021          By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor