UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Gwendolyn A. Parker and Leon L. Parker
Bankruptcy No. 017-15382-elf
Adversary No.
Chapter 13

Date:   October 1, 2021

To:    Michael Cibik, Esq.
       1500 Walnut Street, Ste 900
       Philadelphia PA 19102

## NOTICE OF INACCURATE FILING

Re: Chapter 13 Debtor's Certifications regarding Domestic Support Obligations (Gwendolyn)

The above pleading was filed in this office on **September 30, 2021 .**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )  Debtor's name does not match case number listed
- ( )  Debtor's name and case number are missing
- ( )  Wrong PDF document attached
- ( )  PDF document not legible
- ( )  Notice of Motion/Objection
- (XX)  **Electronic Signature missing - signature is just s/ - need actual signature or proper electronic signature**
- ( )  Other:

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **lisa_henry@paeb.uscourts.gov** .  Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Lisa Henry**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04