# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-15382-elf |
| | : | |
| Gwendolyn A. Parker, | : | Chapter 13 |
| Leon L. Parker, | : | |
| | : | |
| Debtors. | : | Related to ECF No. 75-76 |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the Motion for Exemption from Financial Management Course and Certifications Regarding Domestic Support Obligations and Section 522(q) was served on all parties listed below by first class mail or through the CM/ECF system.

Date: November 30, 2021

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## SERVICE LIST

### *Via CM/ECF*

KEVIN G. MCDONALD on behalf of Creditor MTGLQ Investors, LP
bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ on behalf of Creditor U.S. Bank Trust, N.A.
jschwartz@mesterschwartz.com

REBECCA ANN SOLARZ on behalf of Creditor MTGLQ Investors, LP
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

### *Via First Class Mail*

U.S. Bank Trust National Association as Trustee of Chalet Series III Trust
Law Offices of Michelle Ghidotti
1920 Old Tustin Avenue
Santa Ana, CA 92705