United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 17-15382-elf
Gwendolyn A. Parker Chapter 13
Leon L. Parker
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Dec 09, 2021 Form ID: 138OBJ Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gwendolyn A. Parker, Leon L. Parker, 60 Houston Road, Lansdowne, PA 19050-1726 |
| 13964436 | + | Acs Inc, Attn: Bankruptcy, PO Box 56317, Philadelphia, PA 19130-6317 |
| 13964439 | | Bose Corporation, Billing/SST, The Mountain, Framingham, MA 01701-9168 |
| 14027055 | + | CASH NET, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 13964446 | + | Court Warrents, 409 Ashland Avenue, Secane, PA 19018-2705 |
| 13964449 | + | Eastern Account System INC., Attn: Bankruptcy Dept., PO Box 837, Newtown, CT 06470-0837 |
| 13964451 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13964453 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13964454 | | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13964455 | + | Global Credit, 20010 Century Blvd Ste 4, Germantown, MD 20874-1118 |
| 13964458 | + | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 13964461 | + | Med Rev Recovery, 1217 Milton Ave, Syracuse, NY 13204-1056 |
| 13964466 | + | Nrthn Resol, Po Box 566, Amherst, NY 14226-0566 |
| 13964467 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13964469 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 13964471 | + | Rjm Acq Llc, 575 Underhill Blvd Ste 2, Syosset, NY 11791-3426 |
| 13964472 | + | Rushmore Lms, 18400 Von Karman Ave Ste, Irvine, CA 92612-1514 |
| 13964473 | + | Rushmore Loan Management, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| 14027221 | #+ | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 13964474 | + | Rushmore Loan Mgmt Ser, 15480 Laguna Canyon Rd S, Irvine, CA 92618-2132 |
| 14027844 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, P O BOX 8973, MADISON, WI 53708-8973 |
| 13964476 | + | Univ Of Penn, 3900 Chestnut St, Philadelphia, PA 19104-3120 |
| 13964477 | + | Upper Darby Court, 1550 Garrett Rd., Upper Darby, PA 19082-4505 |
| 13964478 | + | Upper Darby Township, Municipal Building, Room 102, 100 Garrett Rd., Upper Darby, PA 19082-3135 |
| 13964479 | + | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 13964482 | + | Windham Professionals, 380 Main St, Salem, NH 03079-2412 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 09 2021 23:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2021 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 09 2021 23:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA |

| | | | | |
|---|---|---|---|---|
| | | | | 19106-4404 |
| 13964435 | | Email/Text: mnapoletano@ars-llc.biz | Dec 09 2021 23:34:00 | Ability Recovery Service, 1 Montage Mountain Rd Ste A, Moosic, PA 18507 |
| 13964434 | + | Email/Text: mnapoletano@ars-llc.biz | Dec 09 2021 23:34:00 | Ability Recovery Servi, Po Box 4031, Wyoming, PA 18644-0031 |
| 13964437 | + | Email/Text: EBNProcessing@afni.com | Dec 09 2021 23:34:00 | Afni, Attention: Bankruptcy, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 13964438 | + | Email/Text: EBNProcessing@afni.com | Dec 09 2021 23:34:00 | Afni, Inc., Attn: Bankruptcy, PO Box 3097, Bloomington, IL 61702-3097 |
| 13964440 | | Email/Text: bankruptcy@cashcall.com | Dec 09 2021 23:34:00 | Cashcall Inc, Attn:Bankruptcy Department, 1600 S Douglass Rd, Anaheim, CA 92806 |
| 13964443 | | Email/Text: megan.harper@phila.gov | Dec 09 2021 23:34:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13964444 | | Email/Text: megan.harper@phila.gov | Dec 09 2021 23:34:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 13964441 | + | Email/Text: ecf@ccpclaw.com | Dec 09 2021 23:34:00 | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13964442 | + | Email/Text: bankruptcy@philapark.org | Dec 09 2021 23:34:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41819, Philadelphia, PA 19101-1819 |
| 13964445 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 09 2021 23:34:00 | Convergent Outsoucing, Inc, PO Box 9004, Renton, WA 98057-9004 |
| 13964447 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2021 23:43:02 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13964452 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 09 2021 23:34:00 | ER Solutions/Convergent Outsourcing, INC, PO Box 9004, Renton, WA 98057-9004 |
| 13964450 | + | Email/Text: bknotice@ercbpo.com | Dec 09 2021 23:34:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13964456 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2021 23:43:05 | Green Tree, 7360 S Kyrene Road, Tempe AZ 85283-8459 |
| 13964457 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2021 23:43:04 | Green Tree Servicing L, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 13964459 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 09 2021 23:34:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14279384 | + | Email/Text: bknotices@snsc.com | Dec 09 2021 23:34:00 | Kathy Watson, c/oSN Servicing Corporation, Bankruptcy Asset Manager, 323 5thStreet, Eureka, CA 95501-0305 |
| 14007668 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2021 23:43:02 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13964463 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2021 23:34:00 | Midland Credit Management, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 13964464 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2021 23:34:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13964465 | + | Email/Text: bankruptcy@sccompanies.com | Dec 09 2021 23:34:00 | Midnight Velvet, Swiss Colony Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13964470 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2021 23:43:02 | Portfolio Recovery, P.O. Box 12914, Norfolk VA 23541 |
| 13964468 | | Email/Text: bankruptcygroup@peco-energy.com | Dec 09 2021 23:34:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |

| | | | | |
|---|---|---|---|---|
| 13968956 | + | Email/Text: bankruptcy@philapark.org | Dec 09 2021 23:34:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 14000682 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 09 2021 23:34:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13964475 | | Email/Text: DASPUBREC@transunion.com | Dec 09 2021 23:34:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14248401 | + | Email/Text: bknotices@snsc.com | Dec 09 2021 23:34:00 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 14407877 | + | Email/Text: bknotices@snsc.com | Dec 09 2021 23:34:00 | U.S. Bank Trust, N.A., as Trustee of the Lodge Series III Trust, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 13997736 | | Email/PDF: ebn_ais@aisinfo.com | Dec 09 2021 23:43:02 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13975131 | + | Email/Text: inchargehq@westcreekfin.com | Dec 09 2021 23:34:00 | West Creek Financial, 4951 Lake Brook Dr ste 350, Glen Allen, Va 23060-9274 |
| 13964480 | + | Email/Text: inchargehq@westcreekfin.com | Dec 09 2021 23:34:00 | West Creek Financial, PO Box 5518, Glen Allen, VA 23058-5518 |
| 13964481 | | Email/Text: eforbes@ph13trustee.com | Dec 09 2021 23:34:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 40119, Philadelphia, PA 19106-0119 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13964448 | | Crzy Jmy Aut |
| 13964460 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13964462 | ##+ | Michael Mayberry, Esq., P.O. Box 83, Newtown Square, PA 19073-0083 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor U.S. Bank Trust N.A. jschwartz@mesterschwartz.com |

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor MTGLQ Investors LP bkgroup@kmllawgroup.com

MICHAEL A. CIBIK
on behalf of Joint Debtor Leon L. Parker Deceased mail@cibiklaw.com

MICHAEL A. CIBIK
on behalf of Debtor Gwendolyn A. Parker mail@cibiklaw.com

MICHAEL I. ASSAD
on behalf of Joint Debtor Leon L. Parker Deceased mail@cibiklaw.com

MICHAEL I. ASSAD
on behalf of Debtor Gwendolyn A. Parker mail@cibiklaw.com

REBECCA ANN SOLARZ
on behalf of Creditor MTGLQ Investors LP bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: Gwendolyn A. Parker and Leon L. Parker

Debtor(s)

Case No: 17−15382−elf
Chapter: 13

---

## ***NOTICE OF DEADLINE TO OBJECT TO DISCHARGE***

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/9/21