**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        CHAPTER 13

Gwendolyn A. Parker

            DEBTOR                                  :        BKY. NO.  17-15382ELF13

**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**

1.  That Michael A. Cibik, Esquire, hereby certifies that a true and correct copy of the

MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE  was served to all

interested parties via Electronic Means or Via Regular Mail.

2.       That as of the date hereof, no answer, objection, or request for a Hearing has

been filed with the Clerk's Office or served on the undersigned.

        WHEREFORE, the undersigned respectfully requests an Order be entered.

                                            Respectfully submitted,


DATE:  December 16, 2021              _____/s/_____
                                            MICHAEL A. CIBIK, ESQUIRE
                                            CIBIK LAW, P.C.
                                            1500 WALNUT STREET, STE. 900
                                            PHILADELPHIA, PA 19102
                                            (215) 735-1060