IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-15382-elf |
| | : | |
| Gwendolyn A. Parker, | : | Chapter 13 |
| Leon L. Parker, | : | |
| | : | |
| Debtors. | : | Related to ECF No. 75 |

**ORDER ON MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE AND CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

**AND NOW**, upon consideration of the Motion for Exemption from Financial Management Course and Certifications Regarding Domestic Support Obligations and Section 522(q), and after notice and a hearing, it is hereby **ORDERED** that the motion is **GRANTED** and Debtor Leon L. Parker is exempted from the requirement to file certifications of compliance with 11 U.S.C. § 1328(g) and (h).

Date: 1/5/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**