United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15382-elf

Gwendolyn A. Parker                                                       Chapter 13

Leon L. Parker

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gwendolyn A. Parker, Leon L. Parker, 60 Houston Road, Lansdowne, PA 19050-1726 |
| cr | + | U.S. Bank Trust National Association as Trustee of, Law Offices of Michelle Ghidotti, 1920 Old Tustin Avenue, Santa Ana, CA 92705-7811 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | |
| | on behalf of Creditor U.S. Bank Trust  N.A. jschwartz@mesterschwartz.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor MTGLQ Investors  LP bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | |
| | on behalf of Debtor Gwendolyn A. Parker mail@cibiklaw.com |
| MICHAEL A. CIBIK | |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jan 05, 2022                       Form ID: pdf900                               Total Noticed: 2

        on behalf of Joint Debtor Leon L. Parker mail@cibiklaw.com

MICHAEL I. ASSAD

        on behalf of Joint Debtor Leon L. Parker mail@cibiklaw.com

MICHAEL I. ASSAD

        on behalf of Debtor Gwendolyn A. Parker mail@cibiklaw.com

REBECCA ANN SOLARZ

        on behalf of Creditor MTGLQ Investors  LP bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 17-15382-elf |
| | : | |
| Gwendolyn A. Parker, | : | Chapter 13 |
| Leon L. Parker, | : | |
| | : | |
| Debtors. | : | Related to ECF No. 75 |


**ORDER ON MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT**
**COURSE AND CERTIFICATIONS REGARDING DOMESTIC SUPPORT**
**OBLIGATIONS AND SECTION 522(q)**


**AND NOW**, upon consideration of the Motion for Exemption from Financial Management

Course and Certifications Regarding Domestic Support Obligations and Section 522(q), and after

notice and a hearing, it is hereby **ORDERED** that the motion is **GRANTED**  and Debtor Leon

L. Parker is exempted from the requirement to file certifications of compliance with 11 U.S.C.

§ 1328(g) and (h).


Date: 1/5/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**