United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-15382-elf

Gwendolyn A. Parker                                                                       Chapter 13

Leon L. Parker

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                Page 1 of 2

Date Rcvd: Sep 16, 2022                       Form ID: 138FIN                             Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gwendolyn A. Parker, Leon L. Parker, 60 Houston Road, Lansdowne, PA 19050-1726 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 16 2022 23:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 16 2022 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2022                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor U.S. Bank Trust  N.A. jschwartz@mesterschwartz.com |

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Sep 16, 2022                          Form ID: 138FIN                          Total Noticed: 3

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor MTGLQ Investors  LP bkgroup@kmllawgroup.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Lodge Series
III Trust lmoyer@friedmanvartolo.com

MICHAEL A. CIBIK
    on behalf of Debtor Gwendolyn A. Parker mail@cibiklaw.com

MICHAEL A. CIBIK
    on behalf of Joint Debtor Leon L. Parker mail@cibiklaw.com

MICHAEL I. ASSAD
    on behalf of Debtor Gwendolyn A. Parker mail@cibiklaw.com

MICHAEL I. ASSAD
    on behalf of Joint Debtor Leon L. Parker mail@cibiklaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor MTGLQ Investors  LP bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Gwendolyn A. Parker and Leon L.
Parker

          Debtor(s)                            Case No: 17−15382−elf

                                                Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

    To all parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and
Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of
the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    In the absence of any objection, the Court may approve the Trustee's Final Report and Account.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/16/22